**ALPHA THERAPEUTIC CORPORATION and Clyde McCauley, Plaintiffs–Appellants,**

v.

**Nippon Hoso KYOKAI, Defendant–Appellee.**

No. 98–55642.

United States Court of Appeals, Ninth Circuit.

Filed Jan. 12, 2001

Before: PREGERSON, NOONAN, and O'SCANNLAIN, Circuit Judges.

---

## ORDER

Pursuant to the Stipulation of the parties, filed August 30, 2000, to Effectuate this Court's August 15, 2000 Order, the Opinion filed on December 28, 1999 is withdrawn.

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, this case is dismissed and the mandate shall issue forthwith.